IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARA MCCALVIN, GHANI SMITH, HOLLI WISE, JAMES C. DEVIESE and THERESA DEVIESE<br><br>*on behalf of themselves and all others similarly situated*<br>                              Plaintiffs,<br><br>vs.<br><br>CONDOR HOLDCO SECURITIZATION TRUST, CONDOR ASSETCO SECURITIZATION TRUST & CONDOR RECOVERY SECURITIZATION TRUST,<br>                              Defendants. | CLASS ACTION<br><br><br><br><br><br>CIVIL ACTION NO. 17-cv-01350(TJS) |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23, Plaintiffs, Tara Mccalvin, Ghani Smith, Holli Wise, James C. Deviese, and Theresa Deviese, by and through their undersigned counsel, hereby seek final approval of the Class Action Settlement preliminarily approved by this Court by Order docketed August 8, 2018 (ECF 90). Notice has been provided as ordered. There are no objectors, and there has been only one exclusion request. This settlement – which calls for $5.7 million in cash, the elimination of $14 million in deficiency balances, and repair to Class Members credit reports – is fair, reasonable, and serves the best interest of the Class. For those reasons and those set forth in the accompanying Memorandum, final approval should be granted.

Date:  October 22, 2018                    /s/ Cary L. Flitter
                                           CARY L. FLITTER
                                           ANDREW M. MILZ
                                           JODY THOMAS LÓPEZ-JACOBS
                                           **FLITTER MILZ, P.C.**
                                           450 N. Narberth Ave., Suite 101

1

Narberth, PA 19072
(610) 822-0782

SETH R. LESSER (*Pro Hac Vice*)
MICHAEL H. REED (*Pro Hac Vice*)
**KLAFTER OLSEN & LESSER LLP**
Two International Drive, Suite 350
Rye Brook, NY 10573
Phone: (914) 934-9200
Facsimile: (914) 934-9220

ROBERT MURPHY (*Pro Hac Vice*)
**MURPHY LAW FIRM**
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
Phone: (954) 763-8660

ROBERT E. DUFF (*Pro Hac Vice*)
**THE LAW OFFICE OF ROBERT E. DUFF**
P.O. Box 7251
Fishers, IN 46037
Phone: 800-817-0461

**Attorneys for Plaintiffs and the Class**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARA MCCALVIN, GHANI SMITH, HOLLI WISE, JAMES C. DEVIESE and THERESA DEVIESE<br><br>*on behalf of themselves and all others similarly situated*<br>                              Plaintiffs,<br><br>vs.<br><br>CONDOR HOLDCO SECURITIZATION TRUST, CONDOR ASSETCO SECURITIZATION TRUST & CONDOR RECOVERY SECURITIZATION TRUST,<br>                              Defendants. | CLASS ACTION<br><br><br><br><br>CIVIL ACTION NO. 17-cv-01350(TJS) |

## CERTIFICATE OF SERVICE

I, CARY L. FLITTER, hereby certify that a copy of Plaintiffs' Motion for Final Approval of Class Settlement and for the Award of Attorneys' Fees and Expenses has been electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to:

| | |
|---|---|
| Eric S. Mattson<br>SIDLEY & AUSTIN<br>One S. Dearborn St.<br>Chicago, IL 60603-6060<br>Email: emattson@sidley.com | Tamara S. Grimm<br>Kevin C. Rasp<br>Kevin Michael O'Hagan<br>O'HAGAN MEYER, LLC<br>100 N 18th Street Suite 700<br>Philadelphia, PA 19103<br>Email: TGrimm@ohaganlaw.com<br>Attorneys for Trust Defendants |

**Attorneys for Defendants**

Date:  10/22/2018                                                      */s/ Cary L. Flitter*
                                                                                      CARY L. FLITTER

1